UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CV-61645-JEM

LOURDES A. JASPER,

    Plaintiff,
v.

DISTANCE LEARNING SYSTEMS INDIANA, INC,
And TILSON HR OF FLORIDA, INC,

    Defendants.
_____ /

## **DEFENDANTS' NOTIFICATION OF NINETY DAYS EXPIRING**

Defendants Distance Learning Systems Indiana, Inc. and Tilson HR of Florida, Inc., pursuant to S.D. Fla. L.R. 7.1(b)(4)(A), provide this notification regarding their pending Motion to Dismiss Plaintiff's Complaint [D.E. 5]. Pursuant to Local Rule 7.1(b)(4), Defendants provide the following information:

    1.    Defendants filed and served their Motion to Dismiss Plaintiff's Complaint [D.E. 5] on August 30, 2021.

    2.    Plaintiff filed and served her Response in Opposition to Defendants' Motion to Dismiss Complaint [D.E. 6] on September 13, 2021.

    3.    Defendants filed their Reply Memorandum in Support of their Motion to Dismiss [D.E. 10] on September 20, 2021.

    4.    The Court has not held or scheduled a hearing on the Defendants' Motion to Dismiss Plaintiff's Complaint.

    5.    Defendants' Motion to Dismiss has been pending and fully briefed with no hearing set thereon for a period of ninety days as of December 20, 2021.

Dated: January 3, 2022.

                        Respectfully submitted,

                        OGLETREE, DEAKINS, NASH,
                          SMOAK & STEWART, P.C.
                        9130 South Dadeland Blvd., Suite 1625
                        Miami, Florida 33156
                        Telephone:  305.374.0506
                        Facsimile:   305.374.0456

                        <u>Gregory R. Hawran</u>
                        Gregory R. Hawran
                        Florida Bar Number 55989
                        gregory.hawran@ogletreedeakins.com

                        *Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 3, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Gregory R. Hawran
Gregory R. Hawran

## SERVICE LIST

*Lourdes A. Jasper v. Distance Learning Systems Indiana, Inc and Tilson HR of Florida, Inc*
*Case No. 21-CV-61645-JEM*
*United States District Court, Southern District of Florida*

Rainier Regueiro, Esq.
rregueiro@rgpattorneys.com
REMER & GEORGES-PIERRE, PLLC
44 West Flagler Street
Suite 2200
Miami, Florida 33130
Telephone:  305.416.5000
Facsimile:   305.416.5005

*Counsel for Plaintiff, Lourdes A. Jasper*

Method of Service: CM/ECF


Gregory R. Hawran
 gregory.hawran@ogletreedeakins.com
OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.
9130 S. Dadeland Blvd., Suite 1625
Miami, Florida 33156
Telephone:  305.374.0506
Facsimile:   305.374.0456

*Counsel for Defendants, Distance Learning Systems Indiana, Inc. and Tilson HR of Florida, Inc.*

49789024.1