UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CV-61645-JEM

LOURDES A. JASPER,

    Plaintiff,
v.

DISTANCE LEARNING SYSTEMS INDIANA, INC,
And TILSON HR OF FLORIDA, INC,

    Defendants.
_____ /

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Lourdes A. Jasper, and Defendants, Distance Learning Systems Indiana, Inc. and Tilson H.R. of Florida, Inc., hereby stipulate to the dismissal with prejudice of all claims in this action, with each party to bear its own attorney's fees and costs.

Dated: February 21, 2022.          Respectfully submitted,

| | |
|---|---|
| REMER & GEORGES-PIERRE, PLLC | OGLETREE, DEAKINS, NASH, |
| 44 West Flagler Street | SMOAK & STEWART, P.C. |
| Suite 2200 | 9130 S. Dadeland Boulevard |
| Miami, FL 33130 | Suite 1625 |
| Telephone: 305.416.5000 | Telephone: 305.374.0506 |
| Facsimile: 305.416.5005 | Facsimile: 305.374.0456 |
| | |
| *s/Rainier Regueiro* | *s/ Gregory R. Hawran* |
| Rainier Regueiro | Gregory R. Hawran |
| Florida Bar No. 115578 | Florida Bar No. 55989 |
| rregueiro@rgpattorneys.com | gregory.hawran@ogletreedeakins.com |
| | |
| *Counsel for Plaintiff,* | *Counsel for Defendants, Distance Learning* |
| *Lourdes A. Jasper* | *Systems Indiana, Inc. and Tilson HR of Florida, Inc.* |