UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

**Case Number: 21-61645-CIV-MARTINEZ-SNOW**

LOURDES A. JASPER,

     Plaintiff,

vs.

DISTANCE LEARNING SYSTEMS
INDIANA, INC., and TILSON HR OF
FLORIDA, INC.,

     Defendants.

_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** is before the Court upon the parties' Joint Stipulation of Dismissal with

Prejudice.  (ECF No. 17).  It is hereby

**ORDERED AND ADJUDGED** that

1.  This action is **DISMISSED with prejudice**, and this case is **CLOSED**.

2.  All pending motions are **DENIED AS MOOT**.

DONE AND ORDERED in Chambers at Miami, Florida, this 22nd day of February, 2022.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Snow
All Counsel of Record